1  NANCY E. PRITIKIN, Bar No. 102392
   nepritikin@littler.com
2  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
3  LISA K. HORGAN, Bar No. 267632
   lhorgan@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
5  San Francisco, California  94108.2693
   Telephone:    415.433.1940
6  Facsimile:    415.399.8490

7  Attorneys for Defendant
   CONTRA COSTA COUNTY
8
   CHÉ L. HASHIM, SBN 238565
9  che.hashim.esq@gmail.com
   LAW OFFICE OF CHE L. HASHIM
10 861 Bryant Street
   San Francisco, CA 94103
11 Telephone:    415.487.1700
   Facsimile:    415.431.1312
12
   Attorneys for Plaintiff
13 EILEEN DOWELL

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 EILEEN DOWELL,                          Case No.  C12-5743 JCS

18              Plaintiff,                 **STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

19       v.

20 CONTRA COSTA COUNTY, MARK
   PETERSON, in his official and individual  Complaint filed:    November 8, 2012
21 capacities, PAUL MULLIGAN, in his
   official and individual capacities,
22
                Defendants.
23

24

25       Plaintiff EILEEN DOWELL ("Plaintiff") and Defendant CONTRA COSTA

26 COUNTY ("Defendant") hereby stipulate as follows:

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP EXT TIME FOR DEFENDANTS TO FILE
A RESPONSIVE PLEADING

CASE NO. C12-5743 JCS

1       WHEREAS, Plaintiff has agreed to grant Defendants an extension of time to January 8, 2013 to file and serve a responsive pleading;

2       WHEREAS, the extension will not modify any other dates/deadlines;

3       WHEREAS, pursuant to Local Rule 6-1(a), the Parties hereby file this stipulation.

4       IT IS SO STIPULATED.

Dated: January 2, 2013

                                                      _____
NANCY E. PRITIKIN
JOHN C. FISH, Jr.
LISA K. HORGAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CONTRA COSTA COUNTY

Dated: January 2, 2013

                                                     /s/_____
CHE L. HASHIM
Attorneys for Plaintiff
EILEEN DOWELL

Firmwide:117106388.1 625000.1422

Dated: January 3, 2013

                          IT IS SO ORDERED
                          Judge Joseph C. Spero
                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP EXT TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING      2.      CASE NO. C12-5743 JCS