NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
LISA K. HORGAN, Bar No. 267632
lhorgan@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
CONTRA COSTA COUNTY

CHÉ L. HASHIM, SBN 238565
che.hashim.esq@gmail.com
LAW OFFICE OF CHE L. HASHIM
861 Bryant Street
San Francisco, CA 94103
Telephone:   415.487.1700
Facsimile:   415.431.1312

Attorneys for Plaintiff
EILEEN DOWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN DOWELL,<br><br>               Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, MARK PETERSON, in his official and individual capacities, PAUL MULLIGAN, in his official and individual capacities,<br><br>               Defendants. | Case No.  C12-5743 JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed:   November 8, 2012 |

Plaintiff EILEEN DOWELL ("Plaintiff") and Defendant CONTRA COSTA COUNTY ("Defendant") hereby stipulate as follows:

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA  94108.2693
415.433.1940

STIP EXT TIME FOR DEFENDANTS TO FILE
A RESPONSIVE PLEADING

CASE NO. C12-5743 JCS

1       WHEREAS, Plaintiff has agreed to grant Defendants an extension of time to January 8, 2013 to file and serve a responsive pleading;

2       WHEREAS, the extension will not modify any other dates/deadlines;

3       WHEREAS, pursuant to Local Rule 6-1(a), the Parties hereby file this stipulation.

4       IT IS SO STIPULATED.

Dated: January 2, 2013

                                                NANCY E. PRITIKIN
JOHN C. FISH, Jr.
LISA K. HORGAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CONTRA COSTA COUNTY

Dated: January 2, 2013

                                        /s/
CHE L. HASHIM
Attorneys for Plaintiff
EILEEN DOWELL

Firmwide:117106388.1 625000.1422

Dated: January 3, 2013

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP EXT TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING     2.      CASE NO. C12-5743 JCS