Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
EILEEN DOWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN DOWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONTRA COSTA COUNTY;<br>MARK PETERSON;<br>PAUL MULLIGAN,<br><br>　　　　Defendants. | Case No. C12-5743   JCS<br><br><br><br>Plaintiff's Notice of<br>Substitution of Attorney.<br><br><br><br>Complaint Filed: November 8, 2012 |

It is hereby stipulated and consented that Che L. Hashim, Esq., 861 Bryant Street, San Francisco, California 94103 [Telephone: (415) 487-1700 • Fax: (415) 431-1312] be and hereby is substituted in place and instead of Michael Seville, Esq., as attorney for the Plaintiff EILEED DOWELL, in this action and that this substitution be entered into effect without further notice.

//

//

//

1     I consent to the substitution as set forth above:

2 Dated:                                 Eileen Dowell

4                     By    /s/ EILEEN DOWELL

6     I consent to the substitution as set forth above:

7 Dated:                                 Michael Seville, Esq.

9                     By    /s/ MICHAEL SEVILLE

11     I consent to the substitution as set forth above:

12 Dated:                                 Che L. Hashim, Esq.

14                     By    /s/ CHE L. HASHIM

17 Dated: Jan. 3, 2013

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*