1  Che L. Hashim, Esq. (SBN 238565)
   861 Bryant Street
2  San Francisco, CA 94103
   Tel: 415/487-1700
3  Fax: 415/431-1312
4  Email: che.hashim.esq@gmail.com

5

6  Attorney for Plaintiff
   EILEEN DOWELL

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | EILEEN DOWELL,                    | Case No. C12-5743   JCS
12 |         Plaintiff,                |
13 |                                   |
14 |   vs.                             |
15 |                                   | Plaintiff's Notice of
   |                                   | Substitution of Attorney.
16 | CONTRA COSTA COUNTY;              |
   | MARK PETERSON;                    |
17 | PAUL MULLIGAN,                    |
18 |                                   |
   |         Defendants.               | Complaint Filed: November 8, 2012
19

20

21       It is hereby stipulated and consented that Che L. Hashim, Esq., 861 Bryant Street, San

22 Francisco, California 94103 [Telephone: (415) 487-1700 • Fax: (415) 431-1312] be and hereby

23 is substituted in place and instead of Michael Seville, Esq., as attorney for the Plaintiff

24 EILEED DOWELL, in this action and that this substitution be entered into effect without

25 further notice.

26 //

27 //

28 //


                 Plaintiff Eileen Dowell's Notice of Substitution of Attorney

1  I consent to the substitution as set forth above:

2  Dated:                                                    Eileen Dowell

4                                        By      /s/ EILEEN DOWELL

6  I consent to the substitution as set forth above:

7  Dated:                                                    Michael Seville, Esq.

9                                        By      /s/ MICHAEL SEVILLE

11  I consent to the substitution as set forth above:

12  Dated:                                                   Che L. Hashim, Esq.

14                                        By      /s/ CHE L. HASHIM

17  Dated: Jan. 3, 2013

**IT IS SO ORDERED**

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA