| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
|   | nepritikin@littler.com |
| 2 | JOHN C. FISH, Jr., Bar No. 160620 |
|   | jfish@littler.com |
| 3 | LISA K. HORGAN, Bar No. 267632 |
|   | lhorgan@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
|   | 650 California Street |
| 5 | 20th Floor |
|   | San Francisco, California  94108.2693 |
| 6 | Telephone:    415.433.1940 |
|   | Facsimile:    415.399.8490 |

Attorneys for Defendants
COUNTY OF CONTRA COSTA, MARK PETERSON and PAUL MULLIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EILEEN DOWELL, | Case No.  CV-12-5743 JCS |
| Plaintiff, | **REQUEST OF DEFENDANTS TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE BEFORE JUDGE JOSEPH C. SPERO** |
| v. | |
| COUNTY OF CONTRA COSTA, MARK PETERSON, in his official and individual capacities, PAUL MULLIGAN, in his official and individual capacities, | Date: August 30, 2013 |
| | Time: 1:30 p.m. |
| | Judge: Joseph C. Spero |
| Defendant. | Dept: Courtroom G, 15th Floor |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFS' REQUEST TO APPEAR BY TELEPHONE AT CMC     (No. CV-12-5743 JCS)

1  Pursuant to Civil Local Rule 16-10(a), Defendants County of Contra Costa, Mark Peterson and Paul Mulligan respectfully request to participate, through their counsel John C. Fish, in the Case Management Conference, set for August 30, 2013 at 1:30 p.m., by telephone.

Dated: August 23, 2013

/s/ Lisa K. Horgan
NANCY E. PRITIKIN
LISA K. HORGAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
COUNTY OF CONTRA COSTA, MARK PETERSON AND PAUL MULLIGAN

Firmwide:122651972.1 075478.1002

Dated: 8/26/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFS' REQUEST TO APPEAR BY TELEPHONE AT CMC

(No. CV-12-5743 JCS)