NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
LISA K. HORGAN, Bar No. 267632
lhorgan@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants
COUNTY OF CONTRA COSTA, MARK PETERSON and PAUL MULLIGAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EILEEN DOWELL,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF CONTRA COSTA, MARK PETERSON, in his official and individual capacities, PAUL MULLIGAN, in his official and individual capacities,<br><br>             Defendant. | Case No.  CV-12-5743 JCS<br><br>**REQUEST OF DEFENDANTS TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE BEFORE JUDGE JOSEPH C. SPERO**<br><br>Date: August 30, 2013<br>Time: 1:30 p.m.<br><br>Judge: Joseph C. Spero<br>Dept: Courtroom G, 15th Floor |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFS' REQUEST TO APPEAR BY TELEPHONE AT CMC         (No. CV-12-5743 JCS)

1  Pursuant to Civil Local Rule 16-10(a), Defendants County of Contra Costa, Mark
2  Peterson and Paul Mulligan respectfully request to participate, through their counsel John C. Fish, in
3  the Case Management Conference, set for August 30, 2013 at 1:30 p.m., by telephone.

4  Dated: August 23, 2013

6  /s/ Lisa K. Horgan
   NANCY E. PRITIKIN
7  LISA K. HORGAN
   LITTLER MENDELSON, P.C.
8  Attorneys for Defendants
   COUNTY OF CONTRA COSTA, MARK
9  PETERSON AND PAUL MULLIGAN

10 Firmwide:122651972.1 075478.1002

12 Dated:  8/26/13

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFS' REQUEST TO APPEAR BY TELEPHONE AT CMC

(No. CV-12-5743 JCS)